AO 133 (Rev. 12/09) Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

JUAN SOTO
v.
RK CONSTRUCTION, LLC

Case No.: 3:23-cv-1335-X

## BILL OF COSTS

Judgment having been entered in the above entitled action on 11/16/2023 (Date) against RK Construction, LLC ,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 402.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| | |
| TOTAL | $ 402.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service ☑ First class mail, postage prepaid

☐ Other: __________

s/ Attorney: s/ Allen R. Vaught

Name of Attorney: Allen R. Vaught

For: Plaintiff Juan Soto (*Name of Claiming Party*) Date: 11/17/2023

### Taxation of Costs

Costs are taxed in the amount of __________ and included in the judgment.

__________ By: __________ __________

*Clerk of Court* *Deputy Clerk* *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

ITEMIZATION
(Attachment to Bill of Costs, Form AO 133)

1. Filings fees paid to District Clerk - $402.00 (See proof of payment for same at Exhibit 1 hereto).

**Total Fees Sought in Bill of Costs - $402**

# EXHIBIT 1 - PROOF OF FILING FEE PAYMENT

**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Wednesday, June 14, 2023 8:12 PM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 3:23-cv-01335-X Soto v. RK Construction, LLC Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered by Vaught, Allen on 6/14/2023 at 8:12 PM CDT and filed on 6/14/2023

**Case Name:** Soto v. RK Construction, LLC

**Case Number:** 3:23-cv-01335-X
**Filer:** Juan Soto
**Document Number:** 1
**Judge Assigned:** Brantley Starr (presiding)

**Docket Text:**
**COMPLAINT against RK Construction, LLC filed by Juan Soto. (Filing fee $402; Receipt number ATXNDC-13816726) Plaintiff will submit summons(es) for issuance. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # (1) Cover Sheet) (Vaught, Allen)**

**3:23-cv-01335-X Notice has been electronically mailed to:**

Allen Ryan Vaught avaught@txlaborlaw.com, allen@vaughtfirm.com, ecf@txlaborlaw.com

**3:23-cv-01335-X Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=6/14/2023] [FileNumber=14844522-0] [ac3f59706613ff8c0ab9e771d4d4437998fe570628256aea2b560b6a8f19ddfd59 7cd030d338794bd7c84d28527cc5258999344e0c2e49c9b8338b1ec695bb58]]
**Document description:**Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=6/14/2023] [FileNumber=14844522-1] [0a75f14d093f419990fcaf857636396d37f5f564a4ef98eb7c4bb35db8d015ee39 07531b607341bfe44424a06ccf0186f10775204ea206da2976711219a48734]]